E-filed on **July 25, 2012**

**KEVIN A DARBY**
Name
**7670**
Bar Code #
**4777 CAUGHLIN PARKWAY
Reno, NV 89519**
Address
**7753221237**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **GREGORY E. CHECH
CYNTHIA M. CHECH**

Case #   **10-50477-GWZ**
Chapter  **7**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )   Summary of Schedules

( )   Schedule A - Real Property

( )   Schedule B - Personal Property

( )   Schedule C - Property Claimed as Exempt

( )   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    ( )   Add/delete creditor(s), change amount or classification of debt - **$30.00 fee required**

    ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )   Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )   Schedule H - Codebtors

( )   Schedule I - Current Income of Individual Debtor(s)

( )   Schedule J - Current Expenditures of Individual Debtor(s)

( )   Statement of Financial Affairs

(X)   Statement of Intention

## Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ GREGORY E. CHECH**
**GREGORY E. CHECH**
**Debtor's Signature**
**Date:** July 25, 2012

**/s/ CYNTHIA M. CHECH**
**CYNTHIA M. CHECH**
**Joint Debtor's Signature**
**Date:** July 25, 2012

(Revised 4/19/04)

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **GREGORY E. CHECH**
      **CYNTHIA M. CHECH**
      Debtor(s)

Case No.  **10-50477-GWZ**
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of The West | **Describe Property Securing Debt:**<br>2007 KEYSTONE RV OUTBACK:<br>Location: 3702 FREEDOM COURT, Carson City NV |

Property will be (check one):
    ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>CIT SMALL BUSINESS LENDING CORP. | **Describe Property Securing Debt:**<br>Location: 3702 FREEDOM COURT, Carson City NV |

Property will be (check one):
    ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08)            Page 2

**Property No. 3**

| **Creditor's Name:**<br>**Countrywide Home Lending** | **Describe Property Securing Debt:**<br>**1146 AMBASSADOR DRIVE**<br>**RENO NV 89523** |
|---|---|

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**Property No. 4**

| **Creditor's Name:**<br>**Home Comings Financial** | **Describe Property Securing Debt:**<br>**Location: 3702 FREEDOM COURT, Carson City NV** |
|---|---|

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**Property No. 5**

| **Creditor's Name:**<br>**Home Comings Financial** | **Describe Property Securing Debt:**<br>**Location: 3702 FREEDOM COURT, Carson City NV** |
|---|---|

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**PREMIER VACATIONS TRUST** | **Describe Property Securing Debt:**<br>**TIMESHARE - CABO SAN LUCAS** |

Property will be (check one):
 ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
 ■ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt         ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 25, 2012**      Signature  **/s/ GREGORY E. CHECH**
                    **GREGORY E. CHECH**
                    Debtor

Date  **July 25, 2012**      Signature  **/s/ CYNTHIA M. CHECH**
                      **CYNTHIA M. CHECH**
                    Joint Debtor