UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: CHECH, GREGORY E. § Case No. 10-50477
CHECH, CYNTHIA M. §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 18, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          18,707.32

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 737.38 |
| Bank service fees | 689.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 17,280.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 10/03/2012 and the deadline for filing governmental claims was 08/17/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,620.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,620.73, for a total compensation of $2,620.73.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $437.49, for total expenses of $437.49.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/16/2015         By: /s/Christina W. Lovato
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-50477  
**Case Name:** CHECH, GREGORY E.  
CHECH, CYNTHIA M.  
**Period Ending:** 02/16/15

**Trustee:** (480026) Christina W. Lovato  
**Filed (f) or Converted (c):** 06/05/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/03/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 3702 Freedom Court, Carson City | 415,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1146 Ambassador Drive, Reno<br>    Rental property abandoned by order entered 2/26/13 (DE 113) following tenant move-out. | 167,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Timeshare - Cabo<br>    Trustee received market evaluation from BKAssets.com. Starting bid would be set at $500 and the time share is expected to be saleable. Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 15,000.00 | 500.00 | | 500.00 | FA |
| 4 | NEVADA STATE BANK | 0.00 | 0.00 | | 0.00 | FA |
| 5 | FRONTIER FINANCIAL | 105.00 | 0.00 | | 0.00 | FA |
| 6 | NEVADA STATE BANK | 564.00 | 0.00 | | 0.00 | FA |
| 7 | WELLS FARGO CD | 190.00 | 0.00 | | 0.00 | FA |
| 8 | WELLS FARGO - CHECKING RENTAL PROPERTY | 2.54 | 2.54 | | 2.54 | FA |
| 9 | HOUSHOLD FURNISHINGS AND ITEMS | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | CLOTHING | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | JEWELRY<br>    Not currently exempted; Debtors' counsel to amend. | 5,000.00 | 0.00 | | 0.00 | FA |
| 12 | REMINGTON 270 CAL | 125.00 | 0.00 | | 0.00 | FA |
| 13 | KEL TEC 9MM PISTOL<br>    Trustee value based on gun book valuations provided by Debtor. Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 90.00 | 150.00 | | 150.00 | FA |
| 14 | RUGER 10-22 RIFLE 22 CAL<br>    Trustee value based on gun book valuations provided by Debtor. Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 80.00 | 80.00 | | 80.00 | FA |
| 15 | MOSSBERG 12 GAUGE PUMP | 100.00 | 0.00 | | 0.00 | FA |
| 16 | 3 BIKES, MISC SPORTING/CAMPING GEAR<br>    Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 750.00 | 750.00 | | 750.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-50477
**Case Name:** CHECH, GREGORY E.
CHECH, CYNTHIA M.
**Period Ending:** 02/16/15

**Trustee:** (480026) Christina W. Lovato
**Filed (f) or Converted (c):** 06/05/12 (c)
**§341(a) Meeting Date:** 07/05/12
**Claims Bar Date:** 10/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | KODAK EASY SHARE CAMERA<br>    Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 25.00 | 25.00 | | 25.00 | FA |
| 18 | AMERICAN FUNDS/COLLEGE AMERICA 529 | 2,348.46 | 0.00 | | 0.00 | FA |
| 19 | RBC WEALTH MANAGEMENT | 1,885.00 | 471.25 | | 471.25 | FA |
| 20 | SECURITIES AMERICA | 411.00 | 102.75 | | 102.75 | FA |
| 21 | 1st GLOBAL CAPITAL CORP | 14.46 | 3.61 | | 3.61 | FA |
| 22 | SECURITIES AMERICA | 4,936.00 | 1,234.00 | | 1,234.00 | FA |
| 23 | NEVADA CHIROPRACTIC PHYSICIAN LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 2007 KEYSTONE RV OUTBACK | 14,200.00 | 0.00 | | 0.00 | FA |
| 25 | 1996 FORD F-250 | 2,350.00 | 0.00 | | 0.00 | FA |
| 26 | 2004 FORD EXCURSION | 14,525.00 | 0.00 | | 0.00 | FA |
| 27 | 1966 FORD MUSTANG | 500.00 | 0.00 | | 0.00 | FA |
| 28 | 1974 TOYOTA LANDCRUISER | 500.00 | 0.00 | | 0.00 | FA |
| 29 | AMERICAN HIGHSIDE HORSE TRAILER<br>    Appraised by Lightning Auctions on Oct. 19, 2012. Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129).  (See Footnote) | 500.00 | 3,850.00 | | 3,850.00 | FA |
| 30 | 2005 CATI FLATBED TRAILER<br>    Appraised by Lightning Auctions 8/22/12; VIN: 44XSC16265C084166.  Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). (See Footnote) | 250.00 | 850.00 | | 850.00 | FA |
| 31 | DUPLICATE OF #24 (ENTERED IN ERROR) | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 1996 24' RINELL<br>    Appraised by Lightning Auctions 8/22/12.  Value includes trailer (Asset #38).  Hull #RNA40168G697. Debtors have turned over to Auctions Buy Sammy B for liquidation.  Auctioned by order entered 12/03/12 (DE 101).  (See Footnote) | 3,000.00 | 5,500.00 | | 2,800.00 | FA |
| 33 | 1953 15' ALUMINUM ROW BOAT<br>    Equity sold to Debtors pursuant order entered | 200.00 | 200.00 | | 200.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-50477  
**Case Name:** CHECH, GREGORY E.  
              CHECH, CYNTHIA M.  
**Period Ending:** 02/16/15

**Trustee:** (480026) Christina W. Lovato  
**Filed (f) or Converted (c):** 06/05/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | February 9, 2015 (DE 129). |  |  |  |  |  |
| 34 | 2 HORSES<br>    Due to the age and condition of the older horse, the horse does not have a fair market value and will be donated. The remaining value is for the younger horse. Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 1,100.00 | 700.00 |  | 700.00 | FA |
| 35 | TACK FOR HORSES<br>    Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 370.00 | 370.00 |  | 370.00 | FA |
| 36 | MISC. HAND TOOLS<br>    Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 250.00 | 250.00 |  | 250.00 | FA |
| 37 | MONTHLY RENT - 1146 AMBASSADOR<br>    Tenants moved out in January 2013. Asset (#2) abandoned by order entered 2/26/13 (DE 113). Trustee obtained order ratifying operation of rental business from July 27, 2012 through date of abandonment (order entered 09/23/13, DE 122). | 0.00 | 4,800.00 |  | 4,800.00 | FA |
| 38 | TRAILER ASSOCIATED WITH ASSET #32 (u)<br>    Appraised by Lightning Auctions 8/22/12. VIN: 1VMBG2320V1006014. Value included with appraised value of Asset #32. Debtors have elected to turn over to Auctions Buy Sammy B for liquidation (delivery to occur 10/30/12). Auctioned by order entered 12/03/12 (DE 101) | 0.00 | 0.00 |  | 0.00 | FA |
| 39 | 10-ACRE PARCEL, PARADISE VALLEY, HUMBOLDT CO. (u)<br>    Value determined by consultation with BKAssets.com. Equity sold to Debtors pursuant order entered February 9, 2015 (DE 129). | 0.00 | 1,500.00 |  | 1,500.00 | FA |
| 40 | CO-DEBTOR'S PERSONAL INJURY SUIT (u)<br>    Per Mark Marsh, PI counsel, the accident occurred post-petition on 3/30/12. The personal injury suit is accordingly not property of the bankruptcy estate. | 0.00 | 0.00 |  | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-50477  
**Case Name:** CHECH, GREGORY E.  
CHECH, CYNTHIA M.  
**Period Ending:** 02/16/15

**Trustee:** (480026) Christina W. Lovato  
**Filed (f) or Converted (c):** 06/05/12 (c)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/03/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40   Assets   Totals (Excluding unknown values) | $659,371.46 | $21,339.15 | | $18,639.15 | $0.00 |

RE PROP# 29    SCHEDULED / APPRAISED  
RE PROP# 30    SCHEDULED / APPRAISED  
RE PROP# 32    SCHEDULED / APPRAISED

**Major Activities Affecting Case Closing:**

02/16/15 FILED REPORT OF SALE  
01/10/15 FILED BUY BACK MOTION; NOTICE UP 2/6 (UPDATE FORM 1 AFTER 2/6); THEN CHECK EXPENSES/CLAIMS/FILE TFR; NFR WILL NEED TO BE SET FOR HEARING TO COVER CASH COLLATERAL ISSUE AND NOTICED TO CLAIMANTS PLUS RENTAL PROPERTY LENDER.  
01/05/15 REVIEWED DA LTR OF 10/15/14 - RESOLVES VEHICLE QUESTIONS.  NEED TO REVIEW RECORDED DEED OF TRUST ON RENTAL PROPERTY RE CASH COLLATERAL  
03/20/14 PYMTS COMPLETE; NEED TO RESOLVE VEHICLE ISSUES AND CASH COLLATERAL  
09/26/13 FILED OPERATING REPORT COVERING OPERATING PERIOD  
09/17/13 PI SUIT AND UNDISCLOSED ASSETS STILL OUTSTANDING -- NEED TO DEAL WITH MISSED HEARING 8/28@10  
03/04/13 SEND PARCEL INFO TO BKASSETS TO GET FMV; NEED TO TALK TO DA RE PARCEL AND OTHER UNDISCLOSED ASSETS AND PI SUIT  
02/12/13 REPORT OF SALE FILED - BOAT/TRAILER  
12/27/12 EMAILED OFFER TO BUY BACK TIME SHARE FOR $500; ALSO REQUESTED STATUS ON PYMTS (MISSED 12/1 PYMT); ALSO WAITING FOR RESPONSE TO 11/8 EMAIL RE UNSCHEDULED ASSETS; WAITING TO HEAR FROM P. SUNSERI RE POTENTIAL RE-LET OF AMBASSADOR PROPERTY  
11/05/12 FILED AND SERVED MOTION TO SELL AT AUCTION (REINELL BOAT/TRAILER); NOTICE UP 11/29  
08/06/12 FOLLOW UP EMAIL TO TYLER ELCANO  
07/20/12 EMAILED DRAFT FORM 1 TO DA; FOLLOW UP 8/3 RE BUY-BACK/TURNOVER  
7/11/12 TRUSTEE TO REVIEW AND MAKE DEMAND

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012          **Current Projected Date Of Final Report (TFR):**    June 30, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-50477 | | Trustee: | Christina W. Lovato (480026) |
|---|---|---|---|---|
| Case Name: | CHECH, GREGORY E. | | Bank Name: | The Bank of New York Mellon |
| | CHECH, CYNTHIA M. | | Account: | ****-******25-66 - Checking Account |
| Taxpayer ID #: | **-***5923 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/16/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/12 | {37} | Gregory E. and Cynthia M. Chech | Debtor's turnover of rent (for July?) | 1122-000 | 800.00 | | 800.00 |
| 08/09/12 | {37} | S. Linder | August 2012 Rent | 1122-000 | 500.00 | | 1,300.00 |
| 08/09/12 | {37} | S. Linder | August 2012 Rent | 1122-000 | 300.00 | | 1,600.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,575.00 |
| 09/17/12 | {37} | Stacy Linder | September 2012 Rent | 1122-000 | 500.00 | | 2,075.00 |
| 09/17/12 | {37} | Stacy Linder | September 2012 Rent | 1122-000 | 300.00 | | 2,375.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,350.00 |
| 10/16/12 | {37} | Stacy Linder | October 2012 Rent | 1122-000 | 500.00 | | 2,850.00 |
| 10/16/12 | {37} | Stacy Linder | October 2012 Rent | 1122-000 | 500.00 | | 3,350.00 |
| 10/24/12 | {37} | Stacy Linder | Incorrectly entered money order for $500.00 instead of $300.00 as written | 1122-000 | -200.00 | | 3,150.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,125.00 |
| 11/15/12 | {37} | Stacy Linder | November 2012 Rent | 1122-000 | 500.00 | | 3,625.00 |
| 11/15/12 | {37} | Stacy Linder | November 2012 Rent | 1122-000 | 300.00 | | 3,925.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,900.00 |
| 12/11/12 | {37} | Nancy Linder | December 2012 Rent - Final Rent (vacate notice rec'd) | 1122-000 | 800.00 | | 4,700.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,675.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048002688 20130110 | 9999-000 | | 4,675.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,800.00 | 4,800.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,675.00 | |
| | | | Subtotal | | 4,800.00 | 125.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,800.00 | $125.00 | |

{} Asset reference(s)

Printed: 02/16/2015 12:15 PM    V.13.21

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-50477 | **Trustee:** Christina W. Lovato (480026) |
| **Case Name:** CHECH, GREGORY E. | **Bank Name:** Rabobank, N.A. |
| CHECH, CYNTHIA M. | **Account:** ******7066 - Checking Account |
| **Taxpayer ID #:** **-***5923 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/16/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 4,675.00 | | 4,675.00 |
| 01/18/13 | | Gregory E and Cynthia M Chech | Debtors' Payment #1 | | | 753.26 | | 5,428.26 |
| | {8} | | non-exempt cash | 2.54 | 1129-000 | | | 5,428.26 |
| | {33} | | non-exempt equity | 200.00 | 1229-000 | | | 5,428.26 |
| | {36} | | non-exempt equity | 250.00 | 1229-000 | | | 5,428.26 |
| | {35} | | non-exempt equity | 300.72 | 1229-000 | | | 5,428.26 |
| 01/18/13 | | Gregory E and Cynthia M Chech | Debtors' Payment #2 | | | 836.60 | | 6,264.86 |
| | {35} | | non-exempt equity | 69.28 | 1229-000 | | | 6,264.86 |
| | {3} | | non-exempt equity | 500.00 | 1210-000 | | | 6,264.86 |
| | {14} | | non-exempt equity | 80.00 | 1229-000 | | | 6,264.86 |
| | {13} | | non-exempt equity | 150.00 | 1229-000 | | | 6,264.86 |
| | {17} | | non-exempt equity | 25.00 | 1229-000 | | | 6,264.86 |
| | {21} | | non-exempt bank bal | 3.61 | 1129-000 | | | 6,264.86 |
| | {20} | | non-exempt bank bal | 8.71 | 1129-000 | | | 6,264.86 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,254.86 |
| 02/04/13 | 10101 | Desert Diamonds Realty, Inc. | Reimbursement - NV Energy Invoice 1/26/13 (Acct 10000669967801103037 1146 Ambassador Dr) | | 2420-000 | | 61.17 | 6,193.69 |
| 02/14/13 | | Auctions "Buy" Sammy B | Net Auction Procees - Reinell Boat/Trailer | | | 2,380.00 | | 8,573.69 |
| | {32} | | Gross Auction Proceeds | 2,800.00 | 1229-000 | | | 8,573.69 |
| | | | Auctioneer Commission | -420.00 | 3610-000 | | | 8,573.69 |
| 02/21/13 | | Gregory E. and Cynthia M. Chech | Debtors' Payment #3 | | | 794.93 | | 9,368.62 |
| | {20} | | non-exempt equity | 94.04 | 1129-000 | | | 9,368.62 |
| | {19} | | non-exempt equity | 471.25 | 1129-000 | | | 9,368.62 |
| | {34} | | non-exempt equity | 229.64 | 1129-000 | | | 9,368.62 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 9,358.62 |
| 03/04/13 | 10102 | TRUCKEE MEADOWS WATER AUTHORITY | ACCT NO. 02012698; 1146 AMBASSADOR DR; BILLING DATE 2/21/13 | | 2420-000 | | 48.72 | 9,309.90 |
| 03/07/13 | 10103 | Desert Diamonds Realty, Inc. | Reimbursement - NV Energy Invoice 2/26/13 (Acct 10000669967801103037 1146 Ambassador) and Final Property Management Fee (January through February 28, 2013) | | | | 187.82 | 9,122.08 |
| | | | NV Energy Bill through 2/21/13 | 87.82 | 2420-000 | | | 9,122.08 |
| | | | Property Management Fee - FINAL (January/February) | 100.00 | 2420-000 | | | 9,122.08 |

Subtotals :   $9,439.79   $317.71

{} Asset reference(s)                                   Printed: 02/16/2015 12:15 PM    V.13.21

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-50477  
**Case Name:** CHECH, GREGORY E.  
CHECH, CYNTHIA M.  
**Taxpayer ID #:** **-***5923  
**Period Ending:** 02/16/15

**Trustee:** Christina W. Lovato (480026)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/14/13 | 10104 | Desert Diamonds Realty, Inc. | Reimbursement - NV Energy Invoice 3/01/13 FINAL BILL (Acct 10000669678011030371146 Ambassador) | | 2420-000 | | 19.67 | 9,102.41 |
| 03/24/13 | | Gregory E. and Cynthia M. Chech | Debtors' Payment #4 | | | 794.93 | | 9,897.34 |
| | {34} | | non-exempt equity | 470.36 | 1129-000 | | | 9,897.34 |
| | {30} | | non-exempt equity | 324.57 | 1129-000 | | | 9,897.34 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.93 | 9,884.41 |
| 04/15/13 | | Gregory E. and Cynthia M. Chech | Debtors' Payment #5 | | | 4,377.00 | | 14,261.41 |
| | {22} | | non-exempt stock balance | 1,234.00 | 1129-000 | | | 14,261.41 |
| | {16} | | non-exempt equity | 750.00 | 1229-000 | | | 14,261.41 |
| | {39} | | non-exempt equity | 1,500.00 | 1210-000 | | | 14,261.41 |
| | {30} | | non-exempt equity | 525.43 | 1129-000 | | | 14,261.41 |
| | {29} | | non-exempt equity (partial) | 367.57 | 1129-000 | | | 14,261.41 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.89 | 14,243.52 |
| 05/30/13 | {29} | Gregory E. and Cynthia M. Chech | Debtors' Payment #6 | | 1129-000 | 435.30 | | 14,678.82 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.16 | 14,657.66 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.61 | 14,638.05 |
| 07/08/13 | {29} | Gregory E. and Cynthia M. Chech | Debtors' Payment #7 | | 1129-000 | 500.00 | | 15,138.05 |
| 07/23/13 | {29} | Gregory E. and Cynthia M. Chech | Debtors' Payment #8 | | 1129-000 | 436.00 | | 15,574.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.81 | 15,550.24 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.36 | 15,527.88 |
| 09/06/13 | {29} | Gregory E. and Cynthia M. Chech | Debtors' Payment #9 | | 1129-000 | 435.30 | | 15,963.18 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.94 | 15,941.24 |
| 10/02/13 | {29} | Gregory E. and Cynthia M. Chech | Debtors' Payment #10 | | 1129-000 | 436.00 | | 16,377.24 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.78 | 16,351.46 |
| 11/08/13 | {29} | Gregory E. and Cynthia M. Chech | Debtors' Payment #11 | | 1129-000 | 436.00 | | 16,787.46 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.28 | 16,765.18 |
| 12/09/13 | {29} | Gregory E. and Cynthia M. Chech | Debtor's Payment #12 | | 1129-000 | 436.00 | | 17,201.18 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.96 | 17,174.22 |
| 01/20/14 | | Gregory E. and Cynthia M. Chech | Debtors' Payment #13 | | | 436.00 | | 17,610.22 |
| | {29} | | non-exempt equity | 367.83 | 1129-000 | | | 17,610.22 |
| | | | overpayment by Debtor | 68.17 | 1290-000 | | | 17,610.22 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.56 | 17,584.66 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.60 | 17,561.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.41 | 17,536.65 |

Subtotals : $8,722.53 $307.96

{} Asset reference(s)

Printed: 02/16/2015 12:15 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-50477
**Case Name:** CHECH, GREGORY E.
CHECH, CYNTHIA M.
**Taxpayer ID #:** **-***5923
**Period Ending:** 02/16/15

**Trustee:** Christina W. Lovato (480026)
**Bank Name:** Rabobank, N.A.
**Account:** ******7066 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.90 | 17,509.75 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.18 | 17,484.57 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.31 | 17,460.26 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.62 | 17,432.64 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.23 | 17,408.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.70 | 17,381.71 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.83 | 17,355.88 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.46 | 17,333.42 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.25 | 17,305.17 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.89 | 17,280.28 |
| | | | **ACCOUNT TOTALS** | | 18,162.32 | 882.04 | **$17,280.28** |
| | | | Less: Bank Transfers | | 4,675.00 | 0.00 | |
| | | | **Subtotal** | | 13,487.32 | 882.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,487.32** | **$882.04** | |

Net Receipts :          18,287.32
Plus Gross Adjustments :     420.00
_____
Net Estate :          $18,707.32

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******25-66** | 4,800.00 | 125.00 | 0.00 |
| **Checking # ******7066** | 13,487.32 | 882.04 | 17,280.28 |
| | $18,287.32 | $1,007.04 | $17,280.28 |

{} Asset reference(s)

Printed: 02/16/2015 12:15 PM    V.13.21

Printed: 02/16/15 12:15 PM          **Claims Distribution Register**          Page: 1

**Case: 10-50477    CHECH, GREGORY E.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 3 | 02/26/10 | 100 | Bank Of The West<br>1450 Treat Blvd<br>Walnut Creek, CA 94598<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 21,431.52 | 21,431.52 | 0.00 | 21,431.52 | 0.00 |
| 17S | 06/15/10 | 100 | CIT SMALL BUSINESS LENDING<br>C/O MARILYN FINE, ESQ.<br>2300 WEST SAHARA AVE., #430<br>LAS VEGAS, NV 89102<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 2,005.00 | 2,005.00 | 0.00 | 2,005.00 | 0.00 |
| 19 | 06/17/10 | 100 | The Bank of New York Mellon Trust Company, Nationa<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive<br>FT. Washington, PA 19034<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Scheduled as Home Comings Financial | 369,889.62 | 369,889.62 | 0.00 | 369,889.62 | 0.00 |
| 20 | 10/22/10 | 100 | BAC Home Loan Servicing, LP<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Scheduled as Countrywide Home Lending | 228,420.81 | 228,420.81 | 0.00 | 228,420.81 | 0.00 |
| | | | **Total for Priority 100:    0% Paid** | **$621,746.95** | **$621,746.95** | **$0.00** | **$621,746.95** | **$0.00** |
| | | | **Total for Secured Claims:** | **$621,746.95** | **$621,746.95** | **$0.00** | **$621,746.95** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/05/12 | 200 | Christina W. Lovato<br>P.O. Box 18417<br>Reno, NV 89511<br><2100-00   Trustee Compensation> | 2,620.73 | 2,620.73 | 0.00 | 2,620.73 | 2,620.73 |
| | 06/05/12 | 200 | Christina W. Lovato<br>P.O. Box 18417<br>Reno, NV 89511<br><2200-00   Trustee Expenses> | 437.49 | 437.49 | 0.00 | 437.49 | 437.49 |
| | 06/05/12 | 200 | UNITED STATES TRUSTEE<br><2950-00   U.S. Trustee Quarterly Fees> | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 |
| | | | **Total for Priority 200:    100% Paid** | **$3,708.22** | **$3,708.22** | **$0.00** | **$3,708.22** | **$3,708.22** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,708.22** | **$3,708.22** | **$0.00** | **$3,708.22** | **$3,708.22** |

Printed: 02/16/15 12:15 PM                    **Claims Distribution Register**                    Page: 2

**Case: 10-50477    CHECH, GREGORY E.**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 21 | 01/13/12 | 570 | Internal Revenue Service<br>Insolvency Group 3<br>P.O. Box 21126,Stop N781<br>Philadelphia, PA 19114<br>\<5800-00   Claims of Governmental Units\> | 6,128.54 | 6,128.54 | 0.00 | 6,128.54 | 6,128.54 |
| | | **Priority 570:** | **100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/25/10 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>\<7100-00   General Unsecured § 726(a)(2)\><br>Amended 2/22/13. | 18,326.99 | 18,326.99 | 0.00 | 18,326.99 | 218.50 |
| 2 | 02/25/10 | 610 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department,P.O. Box 9210<br>Des Moines, IA 50306<br>\<7100-00   General Unsecured § 726(a)(2)\> | 7,064.00 | 7,064.00 | 0.00 | 7,064.00 | 84.21 |
| 4 | 03/02/10 | 610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>\<7100-00   General Unsecured § 726(a)(2)\> | 1,841.94 | 1,841.94 | 0.00 | 1,841.94 | 21.96 |
| 5 | 03/02/10 | 610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>\<7100-00   General Unsecured § 726(a)(2)\> | 2,981.95 | 2,981.95 | 0.00 | 2,981.95 | 35.55 |
| 6 -2 | 03/03/10 | 610 | FIRST INDEPENDENT BANK<br>BOX 11000<br>RENO, NV 89510<br>\<7100-00   General Unsecured § 726(a)(2)\><br>Amended 6/20/12 | 2,446.74 | 2,446.74 | 0.00 | 2,446.74 | 29.17 |
| 7 | 03/05/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>\<7100-00   General Unsecured § 726(a)(2)\> | 3,190.43 | 3,190.43 | 0.00 | 3,190.43 | 38.04 |
| 8 | 03/19/10 | 610 | Hica Education Loan Corp<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706<br>\<7100-00   General Unsecured § 726(a)(2)\><br>Scheduled as Sallie Mae | 9,753.14 | 9,753.14 | 0.00 | 9,753.14 | 116.27 |

Printed: 02/16/15 12:15 PM                    **Claims Distribution Register**                    Page: 3

**Case: 10-50477    CHECH, GREGORY E.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 9 | 03/29/10 | 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 433.30 | 433.30 | 0.00 | 433.30 | 5.17 |
| 10 | 03/29/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 6,206.52 | 6,206.52 | 0.00 | 6,206.52 | 73.99 |
| 11 | 03/29/10 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 11,310.68 | 11,310.68 | 0.00 | 11,310.68 | 134.84 |
| 12 | 05/10/10 | 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 14,502.46 | 14,502.46 | 0.00 | 14,502.46 | 172.89 |
| 13 | 05/17/10 | 610 | MIDLAND FUNDING LLC<br>BY ITS AUTHORIZED AGENT RECOSER, LLC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)><br>CLAIM TRANSFERRED BY RMSC FOR GE CAPITAL RETAIL BANK (DE 105 ENTERED 1/20/13); SCHEDULED AS GEMB/CHEVRON | 427.30 | 427.30 | 0.00 | 427.30 | 5.09 |
| 14 | 05/19/10 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00   General Unsecured § 726(a)(2)> | 37,753.59 | 37,753.59 | 0.00 | 37,753.59 | 450.08 |
| 15 | 05/19/10 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00   General Unsecured § 726(a)(2)> | 13,223.75 | 13,223.75 | 0.00 | 13,223.75 | 157.65 |
| 16 | 05/19/10 | 610 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br><7100-00   General Unsecured § 726(a)(2)> | 24,675.67 | 24,675.67 | 0.00 | 24,675.67 | 294.17 |
| 17U | 06/15/10 | 610 | CIT SMALL BUSINESS LENDING<br>C/O MARILYN FINE, ESQ.<br>2300 WEST SAHARA AVENUE, #430<br>LAS VEGAS, NV 89102<br><7100-00   General Unsecured § 726(a)(2)> | 465,729.60 | 465,729.60 | 0.00 | 465,729.60 | 5,552.25 |

Printed: 02/16/15 12:15 PM  **Claims Distribution Register**  Page: 4

**Case: 10-50477    CHECH, GREGORY E.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 18 | 06/15/10 | 610 | eCAST SETTLEMENT CORPORATION<br>C/O BASS AND ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)><br>Transferred 4/26/13 (DE 115); SCHEDULED AS HSBC / COSTCO | 4,503.20 | 4,503.20 | 0.00 | 4,503.20 | 53.69 |
| | | | **Total for Priority 610:    1.19216% Paid** | **$624,371.26** | **$624,371.26** | **$0.00** | **$624,371.26** | **$7,443.52** |
| | | | **Total for Unsecured Claims:** | **$624,371.26** | **$624,371.26** | **$0.00** | **$624,371.26** | **$7,443.52** |
| | | | **Total for Case :** | **$1,255,954.97** | **$1,255,954.97** | **$0.00** | **$1,255,954.97** | **$17,280.28** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 10-50477
Case Name: CHECH, GREGORY E.
Trustee Name: Christina W. Lovato

**Balance on hand:**  $ 17,280.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,280.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christina W. Lovato | 2,620.73 | 0.00 | 2,620.73 |
| Trustee, Expenses - Christina W. Lovato | 437.49 | 0.00 | 437.49 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses: $ 3,708.22
Remaining balance: $ 13,572.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,572.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,128.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Internal Revenue Service | 6,128.54 | 0.00 | 6,128.54 |

**UST Form 101-7-TFR (05/1/2011)**

|   |   | Total to be paid for priority claims: | $ | 6,128.54 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 7,443.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 624,371.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 18,326.99 | 0.00 | 218.50 |
| 2 | Wells Fargo Bank, N.A. | 7,064.00 | 0.00 | 84.21 |
| 4 | AMERICAN EXPRESS BANK FSB | 1,841.94 | 0.00 | 21.96 |
| 5 | AMERICAN EXPRESS BANK FSB | 2,981.95 | 0.00 | 35.55 |
| 6 -2 | FIRST INDEPENDENT BANK | 2,446.74 | 0.00 | 29.17 |
| 7 | Capital One Bank (USA), N.A. | 3,190.43 | 0.00 | 38.04 |
| 8 | Hica Education Loan Corp | 9,753.14 | 0.00 | 116.27 |
| 9 | AMERICAN EXPRESS CENTURION BANK | 433.30 | 0.00 | 5.17 |
| 10 | Chase Bank USA, N.A. | 6,206.52 | 0.00 | 73.99 |
| 11 | Chase Bank USA, N.A. | 11,310.68 | 0.00 | 134.84 |
| 12 | AMERICAN EXPRESS CENTURION BANK | 14,502.46 | 0.00 | 172.89 |
| 13 | MIDLAND FUNDING LLC | 427.30 | 0.00 | 5.09 |
| 14 | U.S. Bank N.A. | 37,753.59 | 0.00 | 450.08 |
| 15 | U.S. Bank N.A. | 13,223.75 | 0.00 | 157.65 |
| 16 | U.S. Bank N.A. | 24,675.67 | 0.00 | 294.17 |
| 17U | CIT SMALL BUSINESS LENDING | 465,729.60 | 0.00 | 5,552.25 |
| 18 | eCAST SETTLEMENT CORPORATION | 4,503.20 | 0.00 | 53.69 |

|   | Total to be paid for timely general unsecured claims: | $ | 7,443.52 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**